UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

_____ )
KARRIE ANN FRAZIER,                 )   Case No.: 2:16-CV-01808-TLN-CKD
                                    )
         Plaintiff,                 )   ORDER GRANTING
                                    )   JOINT STIPULATION TO EXTEND
         v.                         )   BRIEFING SCHEDULE
                                    )
                                    )
CAROLYN W. COLVIN,                  )
Acting Commissioner of Social       )
Social Security,                    )
                                    )
         Defendant.                 )
_____ )

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

1. The deadline for Plaintiff to file her Motion for Summary Judgment is extended forty-five (45) days to March 23, 2017.

2. All other deadlines and scheduling matters set forth in the Court's Scheduling Order filed on August 4, 2016 remain the same.

Dated: January 4, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order
Case No. 2:16-CV-01808-TLN-CKD

1