PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIE ANN FRAZIER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01808-CKD<br><br>STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 24, 2017 to May 24, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

additional time because Defendant's counsel has a higher than normal workload. In addition, Defendant's counsel was on leave from April 14, 2017 to April 17, 2017.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 21, 2017        /s/ Barbara Marie Rizzo
                             (*as authorized via e-mail on 4/21/17)
                             BARBARA MARIE RIZZO
                             Attorney for Plaintiff

Dated: April 21, 2017        PHILLIP A. TALBERT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                    By:      /s/ Marcelo Illarmo
                             MARCELO ILLARMO
                             Special Assistant United States Attorney

                             Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: April 25, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE